No. 10–6958.  HOLLINS *v.* GEORGIA.  Sup. Ct. Ga.  Certiorari denied.

No. 10–6959.  HILL *v.* JOHNSON, DIRECTOR, VIRGINIA DEPART-MENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 10–6960.  NEYENS *v.* IOWA.  Sup. Ct. Iowa.  Certiorari denied.

No. 10–6963.  MADDOX *v.* MCPHETRES ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 10–6966.  WILLIAMS *v.* UNITED STATES COURT OF AP-PEALS FOR THE EIGHTH CIRCUIT ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 10–6969.  WILLIAMS *v.* JOHNSON, DIRECTOR, VIRGINIA DE-PARTMENT OF CORRECTIONS.  Sup. Ct. Va.  Certiorari denied.

No. 10–6980.  FIELDS *v.* TEXAS.  Ct. App. Tex., 9th Dist.  Certiorari denied.

No. 10–6985.  FRAZIER *v.* JACKSON ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 10–6988.  MOORE *v.* OHIO.  Ct. App. Ohio, Lucas County.  Certiorari denied.

No. 10–6994.  BIAS *v.* ALABAMA.  Ct. Crim. App. Ala.  Certiorari denied.

No. 10–6997.  NELSON *v.* SKEHAN ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 10–6998.  ADAMS *v.* SHORT ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 10–7000.  ADAMS *v.* CITY OF FEDERAL WAY, WASHINGTON, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 10–7004.  EDWARDS *v.* THALER, DIRECTOR, TEXAS DE-PARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 10–7007.  EVANS *v.* LEE.  Sup. Ct. Del.  Certiorari denied.